TRACY L. MAINGUY, Bar No. 176928
OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND, OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND, and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND,<br><br>    Plaintiffs,<br>vs.<br><br>KEN DOUGLAS SCHULDT, individually and doing business as ALL ACCESS BOBCAT,<br><br>    Defendant. | Case No.: C 03-2545 BZ<br><br>**SUBSTITUTION OF ATTORNEY** |

/ / / / /

---

SUBSTITUTION OF ATTORNEY;
Case No. C 03-2545 BZ

- 1

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900  Fax (415) 882-9287

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Gil Crosthwaite, et al. | CASE NUMBER: |
|---|---|
| v. Plaintiff(s) | C03-2545 MMC |
| Ken D. Schuldt, individually and doing business as All Access Bobcat | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Gil Crosthwaite
*Name of Party*

[X] Plaintiff  [ ] Defendant  [ ] Other

hereby substitutes Muriel B. Kaplan, SBN 124607 who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105     (415) 882-7900    (415) 882-9287    124607
*City, State, Zip Code*      *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy
*Present Attorney*

Dated: 5-29-07

*Signature of Party*
Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

*Signature of Present Attorney*
Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/11/07

*Signature of New Attorney*
Muriel B. Kaplan / Michele Stafford

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: June 12, 2007

United States District Judge / Magistrate Judge

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must submit a new Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                       G01